In the Matter of DOMINICK M. MELLO, Admitted as DOMINIC M. MELLOW, an Attorney.— The above-named Dominick M. Mello (admitted as Dominic M. Mellow) was convicted in the County Court of Kings County on January 11, 1954, of the crime of grand larceny in the first degree, a felony. Pursuant to section 90 of the Judiciary Law he is disbarred and his name is ordered to be struck from the roll of attorneys. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

## (March 8, 1954.)

GILDA BASS et al., Appellants, v. TIP TOE CAB CORP., Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

JOSEPHINE BONDI, Appellant, v. JACOB KRAMER, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See *ante*, p. 671.]

ABRAHAM A. GOLDENBERG et al., Respondents, v. TEEKAY DRUG CORP. et al., Defendants, and N. Y. PHARMACISTS DISCOUNT CORP. et al., Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See *ante*, p. 717.]

In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Petitioner, against WILLIAM A. GILLCRIST et al., Constituting the Board of Appeals of the Village of Pleasantville, Westchester County, Respondents, and EVERETT H. HUNTOON, JR., et al., Interveners, Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 718.]